Form cxdsch7

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:
Letesha Briggs
14369 Park
Apt. 2
Harvey, IL 60426
SSN: xxx−xx−1249 EIN: N.A.

Rory D Boyd
14369 Park
Apt. 2
Harvey, IL 60426
SSN: xxx−xx−7838 EIN: N.A.

Case No. : 19−16135
Chapter : 7
Judge : Carol A. Doyle

---

### NOTICE OF CHAPTER 7 OR 11 CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 423, Certification About a Financial Management Course. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

FOR THE COURT

Dated: April 30, 2020

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court